# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130753 & (36)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHARTER TOWNSHIP OF WEST BLOOMFIELD,
     Plaintiff-Appellee,

v

SC: 130753
COA: 264500
Oakland CC: 2003-053751-CE

DUANE MONTGOMERY, JR.,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion to consolidate is DENIED as moot.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

p0619